# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Kenneth Neeley  
    Tonya Byrd-Neeley  
        Debtor(s)

Case No. 16 B 06712

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/29/2016.

2) The plan was confirmed on 04/21/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/20/2017, 09/14/2017, 11/30/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/17/2017, 09/21/2017, 08/16/2018.

5) The case was Dismissed on 10/18/2018.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,459.21 |
| Less amount refunded to debtor | $240.88 |
| **NET RECEIPTS:** | **$4,218.33** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,047.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $171.33 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,218.33** |

Attorney fees paid and disclosed by debtor:     $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77th St Depo | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| 77th St Depot Federal Credit Union | Unsecured | 4,547.00 | 7,044.65 | 7,044.65 | 0.00 | 0.00 |
| ACL, INC | Unsecured | 89.67 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 217.82 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 1,387.23 | 1,387.23 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 10,163.98 | 10,019.97 | 10,019.97 | 0.00 | 0.00 |
| AT&T Uverse | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Burdyke Investment Management | Unsecured | 0.00 | 2,360.00 | 2,360.00 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 390.18 | NA | NA | 0.00 | 0.00 |
| Charter Fitness | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 400.00 | 738.00 | 738.00 | 0.00 | 0.00 |
| COMENITY BANK/CARSONS | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 4,600.00 | 224.70 | 224.70 | 0.00 | 0.00 |
| Creditonebnk | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 265.88 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 13,777.00 | 68,846.18 | 68,846.18 | 0.00 | 0.00 |
| Falls Collection Service | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,334.83 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 924.41 | 924.41 | 924.41 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 382.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 2,800.00 | 27,162.25 | 27,162.25 | 0.00 | 0.00 |
| Integrity Solutions Services, INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 827.00 | 827.08 | 827.08 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 512.16 | 512.16 | 512.16 | 0.00 | 0.00 |
| Kaplan University | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NCB Management Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 17,898.57 | 13,464.93 | 13,464.93 | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 2,292.71 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Phillips & Cohen Associates, Ltd. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 457.00 | 457.00 | 457.00 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 527.90 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 631.00 | 631.29 | 631.29 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 300,000.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The CBE Group, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$134,599.85** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,218.33 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$4,218.33** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/31/2018     By: /s/ Marilyn O. Marshall
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**